**Anne C. Beles** (Bar No. 200276)
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel. No. (510) 836-0100
Fax No. (510) 832-3690

Attorney for *Defendant Alex Eye Bursch*

# United States District Court
# Northern District of California
# Oakland Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>ALEX EYE BURSCH,<br><br>*Defendant*. | Case No. 4:11-cr-00644-PJH-1<br><br>STIPULATION AND [PROPOSED]<br>ORDER PERMITTING TRAVEL |

### STIPULATION PERMITTING TRAVEL

Mr. Bursch wishes to travel outside of the Northern District of California from his home in Martinez, California to his family cabin at Mill Creek Summer Homes, Lot 78, Ash Way, Mill Creek, California 96061, located in the Eastern District of California. While there, Mr. Bursch also wishes to travel with his family to other recreational areas located within 45 miles of the cabin.

Mr. Bursch proposes to depart Martinez on the morning of Friday, November 2, 2012 and return on the evening of Monday, November 5, 2012, will be accompanied by one or both of his guardians, parents John and Nancy Bursch, at all times, and will comply with all other conditions of release previously set by the Office of Pretrial Services.

Accordingly, the parties agree and stipulate that Mr. Bursch's release conditions shall be modified to permit him to travel to the Eastern District of California, as proposed, from Friday, November 2, 2012 through Monday, November 5, 2012.

**IT IS SO STIPULATED.**

| | |
|---|---|
| October 29, 2012 | /s/ Anne C. Beles |
| Date | ANNE C. BELES<br>Attorney for *Defendant* |
| October 29, 2012 | /s/ OM (as authorized on October 29, 2012) |
| Date | OWEN MARTIKAN<br>Assistant U.S. Attorney |
| October 29, 2012 | /s/ TRE (as authorized on October 29, 2012) |
| Date | TIMOTHY R. ELDER II<br>U.S. Pretrial Services |

## ORDER PERMITTING TRAVEL

The Court has read and considered the Stipulation Permitting Travel for Defendant Bursch and hereby finds that the Stipulation provides good cause to allow for a modification of defendant's Conditions of Release to permit travel.

THEREFORE, FOR GOOD CAUSE SHOWN:

The Court orders that defendant's release conditions shall be modified to permit him to travel from Martinez, California to the Eastern District of California, from Friday, November 2, 2012 to Monday, November 5, 2012. All other conditions of release previously set by the Office of Pretrial Services shall remain in effect.

**IT IS SO ORDERED.**

| | |
|---|---|
| October 30, 2012 | /s/ Jacqueline S. Corley |
| Date | Honorable Jacqueline Scott Corley<br>United States Magistrate Judge<br>Northern District of California |